

# Fourth Court of Appeals
## San Antonio, Texas

July 1, 2016

No. 04-16-00105-CV

**IN THE INTEREST OF A.M.W., A CHILD**,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 1995EM501946
The Honorable Nick Catoe, Jr., Judge Presiding

## O R D E R

On June 29, 2016, the court received appellant's brief. Rule 38.1(i) of the Texas Rules of Appellate Procedure requires an appellant's brief to contain "a clear and concise argument with appropriate citations to authorities and to the record." *See* TEX. R. APP. P. 38.1(i). Appellant's brief does not include any citations to authorities or to the record. Thus, appellant's brief fails to comply with Rule 38.1(i).

Additionally, appellant's brief fails to comply with Rule 9.5(d),(e) of the Texas Rules of Appellate Procedure. Under Rule 9.5(d),(e), a document presented for filing in this court must contain a certificate of service, stating the date and manner of service and the name and address of each person served. TEX. R. APP. P. 9.5(d),(e). Appellant states in a cover letter that a copy of his brief was sent to appellee; however, the brief does not contain a proper certificate of service.

**We therefore ORDER appellant to file an amended brief that corrects these deficiencies no later than <u>July 29, 2016</u>**. The deadline for filing appellee's brief is suspended pending further order of this court.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of July, 2016.

_____
Keith E. Hottle
Clerk of Court